Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law to LILLIAN B. GURNETT, Widow, and Three Minor Children, Respondents, for the Death of ALFRED G. GURNETT, v. L. P. ROSS COMPANY, Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARIA BELLAFIORE and Minor Children, Respondents, for Compensation under the Workmen's Compensation Law, v. ROMAN BRONZE WORKS, Employer, and the TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANGELINA NAPPA and Others, Respondents, for Compensation or Death Benefits under the Workmen's Compensation Law, Because of the Death of GREGORIO NAPPA, Employee, v. FLUSHING BAY IMPROVEMENT COMPANY, Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Sewell, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FLORENCE E. O'DELL, Respondent, for Compensation under the Workmen's Compensation Law for the Death of HARRY O'DELL, v. ADIRONDACK ELECTRIC POWER COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of VICTOR SAVINSKY, Respondent, for Compensation under the Workmen's Compensation Law, v. ISAAC HICKS & SONS, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WALLACE G. SEE, Respondent, for Compensation under the Workmen's Compensation Law, v. THOMAS C. LUTHER, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ELSIE TEN BROECK, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of RAYMOND TEN BROECK, v. TOWN OF SAUGERTIES and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed, on the authority of *Matter of Bowne* v. *Bowne Co.* (221 N. Y. 28). All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of THOMAS WEBB, Respondent, for Compensation under the Workmen's Compensation Law, v. JOSEPH JOSEPH & BROS. COMPANY, Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of TILLIE BURNS and Others, Respondents, for Compensation